IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA )
)
v. ) No. 1:07-CR-84
)
BRADLEY OVERTON )

## **O R D E R**

This criminal case is before the court on the report and recommendation of Magistrate Judge Susan K. Lee [doc. 622]. Judge Lee conducted a change of plea hearing and found the defendant competent to enter a plea; that the plea was knowing and voluntary; and that the plea has a sufficient basis in fact. Based on these findings, Judge Lee recommends that the court accept the defendant's guilty plea to a lesser included offense of Count One of the Indictment.

No objections to the Report and Recommendation have been received within the time allowed. Therefore, the court **ADOPTS** the Report and

Recommendation in its entirety, and the defendant's plea of guilty is **ACCEPTED**. The defendant shall remain in custody. The sentencing hearing is set for July 25, 2008, at 1:30 p.m. in Chattanooga.

IT IS SO **ORDERED**.

ENTER:

*s/ Leon Jordan*
United States District Judge